IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TERRENCE HARRIS,<br><br>    Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>    Defendants. | Case No. 1:15-cv-00816-LJO-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 20)<br><br>DEADLINE: JULY 25, 2019 |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendants shall file a responsive pleading on or before **July 25, 2019**.

IT IS SO ORDERED.

Dated:   **April 25, 2019**

_____
UNITED STATES MAGISTRATE JUDGE

1